UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AUDREY GRIGSBY #255748,**

    Plaintiff,

v    Case No. 06-12121
    Hon. Bernard A. Friedman

**SHERILYN BUTLER, RN; WILLIAM HONOR, RN;
CAROLYNN DUBUE; DR. BAVININI,**

    Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated April 30, 2007. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Steven D. Pepe's Report and Recommendation dated April 30, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendants' motions to dismiss are granted;

IT IS FURTHER ORDERED that plaintiff's complaint is dismissed for failure to exhaust her administrative remedies pursuant to 42 U.S.C. §1997e.

  May 30, 2007                                s/Bernard A. Friedman
    Detroit, Michigan                       BERNARD A. FRIEDMAN
                                                  CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

    **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel
    Secretary to Chief Judge Friedman**